1  PETER V. DESSAU, ESQ., SBN 135361
   *pvd@millermorton.com*
2  ROGER F. LIU, ESQ., SBN 218345
   *rfl@millermorton.com*
3  STEPHANIE M. ROCHA, ESQ., SBN 266030
   *smr@millermorton.com*
4  MILLER, MORTON, CAILLAT & NEVIS, LLP
   50 West San Fernando Street, Suite 1300
5  San Jose, California  95113
   Telephone:  (408) 292-1765
6  Facsimile:  (408) 436-8272

7  Attorneys for Defendants
   Hathaway Dinwiddie Construction Company; Travelers
8  Casualty and Surety Company of America; and Federal
   Insurance Company

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12

13  THE UNITED STATES OF AMERICA for the         Case No.: 4:15-cv-01376-KAW
    use and benefit of ROSENDIN ELECTRIC,
14  INC.,                                         **STIPULATION AND ~~[PROPOSED]~~
                                                  ORDER FOR CONSOLIDATION OF
15                    Plaintiff,                  CASES FOR ALL PURPOSES**

16          vs.

17  HATHAWAY DINWIDDIE                            Hon. Kandis A. Westmore
    CONSTRUCTION COMPANY; TRAVELERS
18  CASUALTY AND SURETY COMPANY OF               Trial:    None Set
    AMERICA; FEDERAL INSURANCE
19  COMPANY, and DOES 1-50, inclusive,

20                    Defendants.

21  THE UNITED STATES OF AMERICA for the         Case No. 4:15-cv-01427-KAW
    use and benefit of A.S.F. ELECTRIC, INC.,
22
                      Plaintiff,
23
            vs.
24
    ROSENDIN ELECTRIC, INC.; HATHAWAY            Hon. Kandis A. Westmore
25  DINWIDDIE CONSTRUCTION COMPANY;
    TRAVELERS CASUALTY AND SURETY               Trial:    None Set
26  COMPANY OF AMERICA; FEDERAL
    INSURANCE COMPANY, and DOES 1-20,
27  inclusive,

28                    Defendants.

MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 292-1765

This stipulation is entered into by and amongst Hathaway Dinwiddie Construction Company, Travelers Casualty and Surety Company of America, and Federal Insurance Company, Rosendin Electric, Inc., as a defendant and real party in interest, and A.S.F. Electric, Inc., as real party in interest, by and through their respective counsel of record:

WHEREAS, Rosendin Electric, Inc. filed its Complaint for (1) Breach of Contract; and (2) Recovery Against Payment Bond Under the Miller Act 40 USCA §§ 3131, et seq., on March 25, 2015 (the "REI Action");

WHEREAS, A.S.F. Electric, Inc. filed its Complaint for (1) Breach of Contract; and (2) Recovery Against Payment Bond Under the Miller Act 40 USCA §§ 3131, et seq., on March 27, 2015 (the "ASF Action");

WHEREAS, counsel for the parties have conferred, and the parties are in agreement that the REI Action should be consolidated with the ASF Action for all purposes because the cases arise from the same construction project, involve similar allegations and common questions of law or fact, and because consolidation would advance the interests of judicial economy.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, as follows:

1. That the following actions are related cases within the meaning of Local Civil Rule 3-12(a):

   a. *The United States of America for the use and benefit of Rosendin Electric, Inc. v. Hathaway Dinwiddie Construction Company, et al*., Case No. 4:15-cv-01376-KAW; and

   b. *The United States of America for the use and benefit of A.S.F Electric, Inc. v. Rosendin Electric, Inc., et al*., Case No. 4:15-cv-01427-KAW.

2. That pursuant to Federal Rule of Civil Procedure 42(a), the above captioned cases are hereby consolidated for all purposes into one action.

3. These actions shall be referred to as the "Consolidated Actions," and *The United States of America for the use and benefit of Rosendin Electric, Inc. v. Hathaway Dinwiddie Construction Company, et al*., Case No. 4:15-cv-01376-KAW shall be the lead case.  The

MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 292-1765

1    Master Docket and Master File for the Consolidated Actions shall be Civil Action No.

2    4:15-cv-01376-KAW.

3

4    Dated:  June 2, 2015                    **MILLER, MORTON, CAILLAT & NEVIS,  LLP**

5

6                                           By: */s/ Roger F. Liu*
                                                PETER V. DESSAU
7                                               ROGER F. LIU
                                                STEPHANIE M. ROCHA
8                                               Attorneys for Hathaway Dinwiddie Construction
                                                Company; Travelers Casualty and Surety Company
9                                               of America; and Federal Insurance Company

10

11   Dated:  June 2, 2015                    **RUTAN & TUCKER, LLP**

12

13                                          By: */s/ William T. Eliopoulos*
                                                WILLIAM T. ELIOPOULOS
14                                              KAVEH BADIEI
                                                Attorneys for Rosendin Electric, Inc.
15

16

17

18   Dated: June 2, 2015                     **MCLENNON LAW CORPORATION**

19

20                                          By: */s/ Craig Wallace*
                                                DANIEL F. MCLENNON
21                                              CRAIG WALLACE
                                                Attorneys for A.S.F. Electric, Inc.
22

23

24

25

26

27

28

MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 292-1765

3
STIPULATION AND [~~PROPOSED~~] ORDER FOR CONSOLIDATION OF CASES FOR ALL PURPOSES
4:15-cv-01376-KAW / 4:15-CV-01427-KAW

1    I attest that the original facsimile signatures of the persons whose electronic signatures

2  are shown above are maintained by me, and that their concurrence in the filing of this document

3  and attribution of their signatures was obtained.

4  Dated:  June 2, 2015                    **MILLER, MORTON, CAILLAT & NEVIS,  LLP**

5

6                                           By: */s/ Roger F. Liu*_____
                                                PETER V. DESSAU
7                                               ROGER F. LIU
                                                STEPHANIE M. ROCHA
8                                               Attorneys for Hathaway Dinwiddie Construction
                                                Company; Travelers Casualty and Surety Company
9                                               of America; and Federal Insurance Company

10

11

12

13                              **[PROPOSED] ORDER**

14    The above stipulation having been considered and good cause appearing therefore, **IT IS SO**

15  **ORDERED**.

16

17  DATED:  _____6/10/2015_____          By: *Haywood S. Gill Jr.*

18                                           Hon. Haywood S. Gilliam, Jr.
                                            U.S. District Judge

19

20

21

22

23

24

25

26

27

28

MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 292-1765