William T. Eliopoulos (State Bar No. 100633)
*weliopoulos@rutan.com*
Kaveh Badiei (State Bar No. 215179)
*kbadiei@rutan.com*
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
Telephone:  650-320-1500
Facsimile:   650-320-9905

Attorneys for Plaintiff (Real Party In Interest)
ROSENDIN ELECTRIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDIN ELECTRIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HATHAWAY DINWIDDIE CONSTRUCTION COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 4:15-cv-01376-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** <br><br> District Judge: Hon. Kandis A. Westmore <br><br> Action Filed:  March 25, 2015 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

**Court Processes**:

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R.5)

Rutan & Tucker, LLP
attorneys at law

174/022879-0058
8500799.1 a06/02/15

-1-
**STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS**

Case No. 15-01376 HSG

1   X   Mediation (ADR L.R.6)

2 (*Note: Parties who believe that an early settlement conference with a Magistrate Judge is

3 appreciably more likely to meet their needs than any other form of ADR must participate

4 in an ADR phone conference and may not file this form. They must instead file a Notice of

5 Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

6   **Private Process**:

7   ☐   Private ADR (*please identify process and provider*)

8   _____

9   _____

10 The parties agree to hold the ADR session by:

11   ☐   the presumptive deadline (*The deadline is 90 days from the date of the order

12   referring the case to an ADR process unless otherwise ordered.*)

13   X   other requested deadline

14     June 30, 2016.

15 Dated: June 2, 2015     RUTAN & TUCKER, LLP

16

17           By:   /s/ William T. Eliopoulos
          William T. Eliopoulos
          Attorneys for Plaintiff
18           Rosendin Electric, Inc.

19

20 Dated: Signature authorized June 2, 2015   MILLER MORTON CAILLAT & NEVIS, LLP

21

22           By:   /s/ Stephanie M. Rocha
          Stephanie M. Rocha
23           Attorneys for Hathaway-Dinwiddie
          Construction Company, Travelers
24           Casualty and Surety Co. of America, and
          Federal Insurance Company

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

174/022879-0058
8500799.1 a06/02/15

-2-
**STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS**

Case No. 15-01376 HSG

[~~PROPOSED~~] ORDER

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.

    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   6/15/2015                              *[signature]*
                                                          Honorable Haywood S. Gilliam, Jr.
                                                          UNITED STATES DISTRICT JUDGE

Rutan & Tucker, LLP
attorneys at law

174/022879-0058
8500799.1 a06/02/15

-3-
**STIPULATION AND [~~PROPOSED~~] ORDER
SELECTING ADR PROCESS**

Case No. 15-01376 HSG