EST. 1929
# MILLER MORTON CAILLAT & NEVIS, LLP
### ATTORNEYS AT LAW

David L. Nevis
Peter A. Kline
William K. Hurley
Peter V. Dessau
David I. Kornbluh
Daniel J. Nevis
Frank J. Perretta
Gregory J. Korbel
Eric C. McAllister
Roger F. Liu
Stephanie M. Rocha
Rosanna E. Moreno
Jeffrey R. Lisenbee
Justine L. Kastan
Carrie A. MacIntosh
Corey F. Van Houten
Courtney J. Rogerson
Reid D. Shannon

———

Harvey C. Miller
1906-1993

Richard W. Morton
1916-1975

Charles V. Caillat
1920-1990

June 15, 2015

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Notice of Change of Counsel/Attorney Removal from E-Service List
      *Rosendin Electric, Inc. v. Hathaway Dinwiddie Construction Company et al.*
      Our File No. 18388-1501

Dear Clerk of Court:

Miller Morton Caillat & Nevis LLP, representing Defendants Hathaway Dinwiddie Construction Company, Travelers Casualty and Surety Company of America, and Federal Insurance Company, hereby requests that the Clerk remove David I. Kornbluh of our office from this case and the e-service list.

Should you have any questions regarding this request, please contact our office. Thank you for your assistance with this matter.

Very truly yours,

MILLER, MORTON, CAILLAT & NEVIS, LLP

By: *[signature]*
STEPHANIE M. ROCHA

SMR/AMK

505935_1

50 West San Fernando Street, Suite 1300, San Jose, CA 95113     500 Newport Center Drive, Suite 570, Newport Beach, CA 92660
408-292-1765                                                    949-870-3301
A LIMITED LIABILITY PARTNERSHIP