1  William T. Eliopoulos (State Bar No. 100633)
   weliopoulos@rutan.com
2  Kaveh Badiei (State Bar No. 215179)
   kbadiei@rutan.com
3  RUTAN & TUCKER, LLP
   Five Palo Alto Square
4  3000 El Camino Real, Suite 200
   Palo Alto, CA 94306-9814
5  Telephone:   650-320-1500
   Facsimile:    650-320-9905
6

7
   Attorneys for Defendant and Cross-Complainant
8  ROSENDIN ELECTRIC, INC.

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | THE USA FOR ASF ELECTRIC, INC., | Case No. 4:15-cv-01376-HSG |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS AND [PROPOSED] ORDER** |
| 14 | vs. | |
| 15 | ROSENDIN ELECTRIC, INC.; HATHAWAY DINWIDDIE CONSTRUCTION COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FEDERAL INSURANCE COMPANY, and DOES 51-60, inclusive, | Date Action Filed:   March 27, 2015<br>Trial Date: |
| 19 | Defendants. | |
| 20 | ROSENDIN ELECTRIC, INC., | |
| 21 | Cross-Complainant, | |
| 22 | vs. | |
| 23 | HATHAWAY DINWIDDIE CONSTRUCTION COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FEDERAL INSURANCE COMPANY | |
| 26 | Defendants. | |

27

28

Plaintiff A.S.F. Electric, Inc. ("ASF"); Defendant and Cross-Complainant Rosendin Electric, Inc. ("Rosendin"); Defendant Hathaway Dinwiddie Construction Company ("HDCC"); Defendant Travelers Casualty and Surety Company of American ("Travelers"); and Defendant Federal Insurance Company ("FIC") (collectively the "Parties"), by and through their attorneys of record, hereby stipulate for dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure as follows:

## I. Dismissal of ASF's Claims

ASF hereby dismisses with prejudice each and every claim for relief and cause of action maintained by ASF against Rosendin in this Action.

ASF hereby dismisses with prejudice each and every claim for relief and cause of action maintained by ASF against HDCC in this Action.

ASF hereby dismisses with prejudice each and every claim for relief and cause of action maintained by ASF against Travelers in this Action.

ASF hereby dismisses with prejudice each and every claim for relief and cause of action maintained by ASF against FIC in this Action.

## II. Dismissal of Rosendin Claims

Rosendin hereby dismisses with prejudice each and every claim for relief and cause of action maintained by Rosendin against HDCC in this Action.

Rosendin hereby dismisses with prejudice each and every claim for relief and cause of action maintained by Rosendin against Travelers in this Action.

Rosendin hereby dismisses with prejudice each and every claim for relief and cause of action maintained by Rosendin against FIC in this Action.

## III. Continuing Jurisdiction

Finally, the Parties hereby stipulate to the Court's continuing jurisdiction over the Action for purposes of enforcing the Parties' various settlement agreements.

//

//

//

**IT IS SO STIPULATED.**

Dated: February 22, 2017

RUTAN & TUCKER, LLP
WILLIAM T. ELIOPOULOS
KAVEH BADIEI

By: /S/ William T. Eliopoulos
William T. Eliopoulos, Esq.
Attorneys for Defendant and Cross-Complainant
ROSENDIN ELECTRIC, INC.

Dated: February 22, 2017

SMITH CURRIE & HANCOCK, LLP
CRAIG WALLACE

By: _____
Craig Wallace, Esq.
Attorneys for Plaintiff A.S.F. ELECTRIC, INC.

Dated: February 22, 2017

MILLER MORTON CAILLAT & NEVIS
STEPHANIE ROCHA

By: _____
Stephanie Rocha, Esq.
Attorneys for Defendants and Cross-Defendants
HATHAWAY DINWIDDIE CONSTRUCTION COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and FEDERAL INSURANCE COMPANY

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: February 22, 2017

RUTAN & TUCKER, LLP
WILLIAM T. ELIOPOULOS
KAVEH BADIEI

By: /S/ William T. Eliopoulos
William T. Eliopoulos, Esq.
Attorneys for Defendant and Cross-Complainant
ROSENDIN ELECTRIC, INC.

**[PROPOSED] ORDER**

Pursuant to Rule 41(a)(1)(A) and Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the claims of A.S.F. Electric, Inc. and the claims of Rosendin Electric, Inc. are dismissed, as set forth in the Parties' Stipulation for Voluntary Dismissal of Claims.

IT IS SO ORDERED:

Dated: 3/3/2017

Hon. Haywood S. Gilliam Jr.
Judge, United States District Court